UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH CUMBERBATCH, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION,<br><br>                              Defendant. | Case No. 1:22-cv-01236<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Cumberbatch hereby dismisses all claims against Target Corporation without prejudice.  Each party shall bear its own attorneys' fees and costs.


Dated: February 23, 2022                    Respectfully submitted,


By:   */s/ Yitzchak Kopel*
        Yitzchak Kopel

**BURSOR & FISHER, P.A**
Yitzchak Kopel
Alec M. Leslie
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email:  ykopel@bursor.com
            aleslie@bursor.com

*Counsel for Plaintiff*

1